

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00064-CV |
| IN RE: CATHOLIC DIOCESE OF EL PASO (SAN LORENZO CHURCH), | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |
| | § | |

# **O R D E R**

The Court has considered the Real Parties in Interest Rita Porter, Dawone Porter, Armando Gutierrez, Yvonne Gutierrez, Amanda Gutierrez, Armando Gutierrez, Patty Gordon and Dylon Gordon's Motion to Consolidate Original Proceedings and Pending Appeal, and concludes the motion should be GRANTED. The above styled and numbered cause shall be consolidated with cause number 08-13-00061-CV, styled In Re: Heritage Operating, L.P., and cause number 08-13-00002-CV, styled Rita Porter, Individually & as Mother & Next Friend of Dawone Porter, a Minor & Patty Gordon, Individually & as Next Friend of Dylon Gordon, a Minor, Armando & Yvonne Gutierrez, Individually and as Parents & Next Friend of Armando & Amanda Gutierrez v. Heritage Operating, LP, a/k/a Denman Propane and Catholic Diocese of El Paso (San Lorenzo Church) for purposes of oral argument only.

IT IS SO ORDERED this 10th day of May, 2013.

PER CURIAM

Before McClure, CJ, Rivera and Rodriguez, JJ.